**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Oscar Banos AGUILAR, Defendant–Appellant.**

No. 07–41078
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2008.

Tracey M. Batson, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff–Appellee.

Brian George O'Shea, Dallas, TX, for Defendant–Appellant.

Before DAVIS, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Oscar Banos Aguilar has moved for leave to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Banos Aguilar has filed a response. Our independent review of the record, counsel's brief, and Aguilar's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.